CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 3 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| CAREY HIXSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 5:17-CV-032 |
| | ) 5:18-CV-001 |
| BRYAN HUTCHESON, et al., | ) By: Michael F. Urbanski, |
| | ) Chief U.S. District Judge |
| Defendants. | ) |

## ORDER

Defendant Dr. Michael Moran moved for summary judgment on November 5, 2018. ECF No. 189. The court heard argument on January 3, 2019. For the reasons stated in the accompanying Memorandum Opinion, the court **GRANTS** Defendant's motion. All claims against Defendant are **DISMISSED**. All outstanding motions are **DENIED as moot** and this case is **STRICKEN** from the active docket.

It is so **ORDERED**.

Entered: This 23rd day of January, 2019.

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge